DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California   95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS GONZALEZ-OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>     v.                          )<br>                                 )<br> LUIS GONZALEZ-OCHOA,            )<br>                                 )<br>            Defendant.           )<br> _____ ) | NO. CR-S-09-255-EJG<br><br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  July 31, 2009<br>Time:  10:00 a.m.<br>Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 31, 2009 be vacated, and the matter be set for status conference on August 28, 2009 at 10:00 a.m.

Defense counsel has ordered records from another jurisdiction which are pertinent to Mr. Gonzalez-Ochoa's defense.  Additional time is needed for receipt of these documents.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 28, 2009 pursuant to

18 U.S.C. §3161 (h)(7)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  July 28, 2009

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            LUIS GONZALEZ-OCHOA

Dated:  July 28, 2009                 LARRY BROWN
                                            Acting United States Attorney

                                            /s/ Linda C. Harter for
                                            MICHAEL ANDERSON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**   Time is excluded from today's date through and including August 28, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: <u>July 28</u>, 2009

                                            /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
                                            United States Senior Judge