1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS GONZALEZ-OCHOA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  NO. CR-S-09-255-EJG
                                  )
12            Plaintiff,          )
                                  )  **STIPULATION AND ORDER**
13       v.                       )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
14 LUIS GONZALEZ-OCHOA,           )
                                  )  Date: November 6, 2009
15            Defendant.          )  Time: 10:00 a.m.
   _____)  Judge: Edward J. Garcia
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHAEL ANDERSON, Assistant United States

19 Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20 Federal Defender, attorney for Defendant, that the status conference

21 hearing date of November 6, 2009 be vacated, and the matter be set for

22 status conference on November 20, 2009 at 10:00 a.m.

23      Defense counsel has ordered records from another jurisdiction

24 which are pertinent to Mr. Gonzalez-Ochoa's defense.  The majority of

25 those records have been received, but, defense counsel is still

26 awaiting one more record.  Additional time is needed for receipt of

27 this remaining document.

28      Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including November 20, 2009 pursuant to 18 U.S.C. §3161(h)(7)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:   November 5, 2009

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        LUIS GONZALEZ-OCHOA

Dated:   November 5, 2009             LARRY BROWN
                                        United States Attorney

                                        /s/ Linda C. Harter for
                                        MICHAEL ANDERSON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including November 20, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 5, 2009

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States Senior Judge