```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LUIS GONZALEZ-OCHOA
```

FILED

NOV 2 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-255-EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| LUIS GONZALEZ-OCHOA, ) | Date: November 20, 2009 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL D. ANDERSON, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 20, 2009 be vacated, and the matter be set for status conference on December 16, 2009 at 10:00 a.m.

   Defense counsel has ordered records from another jurisdiction which are pertinent to Mr. Gonzalez-Ochoa's defense. All records have been received except for one. Additional time is needed for receipt of this remaining document.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including December 16, 2009 pursuant to 18 U.S.C. §3161 (h)(7)B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 19, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
LUIS GONZALEZ-OCHOA

Dated: November 19, 2009

BENJAMIN WAGNER
United States Attorney

/s/ Linda C. Harter for
MICHAEL D. ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 16, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: Nov 19, 2009

EDWARD J. GARCIA
United States Senior Judge